MEMORANDUM OPINION

 

No. 04-09-00757-CV

 

In the Interest of D.S., A.G., and
M.M., Minor Children

 

From the 198th
Judicial District Court, Kerr County, Texas

Trial Court No. 08-539-B

Honorable Charles
Sherrill, Judge Presiding

 

Opinion by:   Phylis J. Speedlin, Justice

 

Sitting:                     Karen Angelini, Justice

                     Phylis
J. Speedlin, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  January 26, 2011

 

DISMISSED

 

The parties have filed an
agreed motion to dismiss the appeal.  The motion states that appellant Ottis
Sutton has entered into a Rule 11 Agreement with the Texas Department of Family
and Protective Services, the attorney ad litem, and the guardian ad litem which
is dispositive of all the issues raised on appeal.  Further, the motion states
that appellant Mina Flanagan concedes that her sole issue on appeal is moot and
she agrees that her appeal should be dismissed.  Accordingly, the motion is
granted, and the appeal is dismissed.  See Tex. R. App. P. 42.1(a)(2)(A).  

 

Phylis J. Speedlin, Justice